# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. NATHAN WILSON, DEFENDANT. | CASE NUMBER CR 20-00516-FMO-1 ABSTRACT OF COURT PROCEEDING |
|---|---|

TO:  UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable Fernando M. Olguin,
☒ United States District Judge  ☐ United States Magistrate Judge, has this date  ☒ ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith          ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits        ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☐ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☒ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before March 1, 2021.

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

CLERK U.S. DISTRICT COURT

Dated: January 28, 2021          By: /s/ Vanessa Figueroa at 213-894-0215
                                        Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____
_____
_____

_____    _____    _____
  Name (Print)                    Title                     Signature

cc: ☒ MDC, ☒ Cell block  & Bureau of Prisons

CR-53 (12/03)                ABSTRACT OF COURT PROCEEDING