CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
HOWARD SHNEIDER (Bar No. 309492)
(E-Mail: howard_shneider@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: gabriela_rivera@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
NATHAN WILSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NATHAN WILSON,<br><br>　　　　Defendant. | Case No. CR 20-516-FMO-1<br><br>**EX PARTE APPLICATION TO MODIFY BOND CONDITIONS** |

　　　Nathan Wilson, through counsel, seeks an order of the Court modifying the residential restrictions of pretrial release so that he can be on a curfew schedule at the direction of Pretrial Services instead of on home detention. This application is supported by the attached declaration of counsel.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　Federal Public Defender

DATED: December 7, 2022　　　By　/s/ Howard Shneider
　　　　　　　　　　　　　　　　Howard Shneider
　　　　　　　　　　　　　　　　Gabriela Rivera
　　　　　　　　　　　　　　　　Deputy Federal Public Defenders
　　　　　　　　　　　　　　　　Attorney for Nathan Wilson

**DECLARATION OF HOWARD SHNEIDER**

I, Howard Shneider, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Nathan Wilson in this case.

2. On December 20, 2021, the Court granted bond with various conditions, including home detention. Dkt. 163. On December 30, 2021, Mr. Wilson was released to Pretrial Services and was fitted with a location monitoring device. Dkt. 184.

3. Mr. Wilson lived with Brianna Siegel and Angel Aguirre in Lemon Grove, California, in San Diego County, after his release for approximately three months. On April 4, 2022, the Court granted a modification of the terms of pretrial release and allowed Mr. Wilson to move to the home of his sister Nicole Wilson in Red Bluff, California. Dkt. 194. On October 21, 2022, the Court granted Mr. Wilson's request to change his place of residence from his sister's home to a trailer he owns on the KOA campgrounds in Red Bluff. Dkt. 230.

4. Mr. Wilson has been working for approximately four months at the KOA in Red Bluff, which consists of campgrounds in the area. *See* https://koa.com/campgrounds/red-bluff/. He initially worked as a maintenance worker, helping to maintain the campgrounds. This week he was promoted to the position of maintenance supervisor. Today I spoke with his work supervisor, Sherri Takaki. She is the general manager of the Red Bluff KOA. She explained that Mr. Wilson was promoted to maintenance supervisor because he has been performing well at work. She stated that in his new role he will be supervising two to three other maintenance employees, will be in charge of keeping maintenance logs, and will oversee maintenance of the campgrounds.

5. In light of Mr. Wilson's success at his current place of residence and job, and considering that he has been out on bond for almost a full year, he is requesting that the residential restriction of home detention be modified to instead allow for a curfew schedule to be set as directed by Pretrial Services.

6. I communicated by email with Pretrial Services Officer Samantha Domingue, who indicated that Pretrial is not opposed to a modification to a curfew schedule, as long as the modification states that the "curfew requires Mr. Wilson to remain at home during set time periods as directed by the Supervising Agency." I have included that language in the proposed order.

7. I communicated by email with Assistant United States Attorney Jeremiah Levine, who indicated that the government opposes the requested modification because, in the government's view, Mr. Wilson has had significant difficulty complying with the terms of pretrial release so far.

8. Based on the above, Mr. Wilson respectfully requests that the Court modify the residential restriction condition from home detention to a curfew schedule that will require Mr. Wilson to remain at his residence as directed by Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: December 7, 2022        /s/ Howard Shneider
                               _____
                               Howard Shneider
                               Deputy Federal Public Defender