JS-3

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     v.<br>NATHAN WILSON et al.,<br><br>          Defendants. | Case No. CR 20-0516 FMO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the Indictment in the above-captioned action is dismissed without prejudice.

Dated this 21st day of December, 2022.

/s/
Fernando M. Olguin
United States District Judge